UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

| | |
|---|---|
| GREAT AMERICAN E & S INSURANCE COMPANY, as subrogee of ALLIANCE CORPORATION | ) ) ) ) |
| And | ) ) |
| ALLIANCE CORPORATION | ) ) |
| PLAINTIFFS | ) ) |
| v. | ) ) |
| RTM SPORT, INC.<br>3700 Bell Road<br>Burtonsville, Maryland 20866-0977 | ) ) ) ) |
| Serve:  Thomas S. Mackenzie<br>         3700 Bell Road<br>         Burtonsville, Maryland 20866-0977. | ) ) ) ) |
| DEFENDANT | ) ) |

Civil Action No.  1:11CV-00106-M

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Come now the Plaintiffs, Great American E & S Insurance Company, as subrogee of Alliance Corporation, Inc. and Alliance Corporation, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, provide the following Corporate Disclosure Statement:

Great American E & S Insurance Company is not a governmental entity.  Great American E & S Insurance Company is a wholly-owned subsidiary of Great American Insurance Company.  American Financial Group, Inc., a publicly-held corporation, owns 100% of stock in Great American Insurance Company.

Alliance Corporation is not a governmental entity.  Alliance Corporation is not owned by a parent company.  No publicly-held corporation owns 10% or more of Alliance Corporation's stock.

BOEHL STOPHER & GRAVES, LLP

*/s/ Edward H. Stopher*
Edward H. Stopher
Ian C. B. Davis
AEGON Center, Suite 2300
400 West Market Street
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
estopher@bsg-law.com
idavis@bsg-law.com
COUNSEL FOR PLAINTIFFS GREAT AMERICAN E & S INSURANCE COMPANY, as subrogee of ALLIANCE CORPORATION, and ALLIANCE CORPORATION

334407.1
7/7/2011